# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

---

## Title

- **Title of Work:** The Company You Keep
- **Nature of Work:** Motion Picture

## Completion/Publication

- **Year of Completion:** 2012

## Author

- **Author:** TCYK, LLC
- **Author Created:** Producer of Motion Picture
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant

- **Copyright Claimant:** TCYK, LLC
  6360 Deep Dell Pl, Los Angeles, CA, 90068
- **Transfer Statement:** By Written Agreement

## Limitation of copyright claim

- **Material excluded from this claim:** A Novel; A Screenplay
- **Previously registered:** No
- **Previous registration and year:** PAu 3 578-816   2011
- **Basis of current registration:** This is a changed version of the work.
- **New material included in claim:** Added Principal Photography, Music, Effects, Etc.

## Certification

- **Name:** Nicholas Chartier
- **Date:** October 17, 2012

**Registration #:** PAU003660935
**Service Request #:** 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC | DossierNumber | Title | RightsOwner | FileName | FileHash | ISP | Region | city | District | Province |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 174.124.101.1 | 2D415A34393 | Vuze 4.9.0.0 | 04/30/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Cumberland | Wisconsin We | Barron |
| 2 | 97.90.227.59 | 2D415A34393 | Vuze 4.9.0.0 | 04/29/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Eau Claire | Wisconsin We | Eau Claire |
| 3 | 24.177.216.26 | 2D554D31383 | µTorrent Mac | 04/29/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Baraboo | Wisconsin We | Sauk |
| 4 | 64.188.14.15 | 4D372D362D | BitTorrent 7.6 | 04/29/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CityNet LLC | Wisconsin | Madison | Wisconsin We | Dane |
| 5 | 71.94.97.168 | 4D372D382D | BitTorrent 7.8 | 04/29/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Lodi | Wisconsin We | Columbia |
| 6 | 50.93.210.15 | 2D424133333 | -BA3300- | 04/29/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | ResTech Servi | Wisconsin | Madison | Wisconsin We | Dane |
| 7 | 174.124.74.24 | 4D36203420 | BitTorrent 6.4 | 04/29/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Osceola | Wisconsin We | Polk |
| 8 | 184.158.98.26 | 4D372D382D | BitTorrent 7.8 | 04/29/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Tomah | Wisconsin We | Monroe |
| 9 | 24.177.216.14 | 2D4C5430463 | libtorrent (Ras | 04/28/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Baraboo | Wisconsin We | Sauk |
| 10 | 68.190.173.22 | 2D415A34393 | Vuze 4.9.0.0 | 04/28/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 11 | 174.124.125.3 | 2D415A34393 | Vuze 4.9.0.0 | 04/28/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Dresser | Wisconsin We | Polk |
| 12 | 97.95.72.102 | 2D545232373 | Transmission | 04/27/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Schofield | Wisconsin We | Marathon |
| 13 | 174.124.101.1 | 2D415A34393 | Vuze 4.9.0.0 | 04/27/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Cumberland | Wisconsin We | Barron |
| 14 | 66.188.132.24 | 2D555433333 | µTorrent 3.3.0 | 04/26/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Prairie Du Sac | Wisconsin We | Sauk |
| 15 | 184.158.12.12 | 2D415A34383 | Vuze 4.8.0.0 | 04/26/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Sparta | Wisconsin We | Monroe |
| 16 | 97.90.234.22 | 2D415A34373 | Vuze 4.7.0.2 | 04/25/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Eau Claire | Wisconsin We | Eau Claire |
| 17 | 68.185.181.18 | 2D555433323 | µTorrent 3.2.3 | 04/25/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Beloit | Wisconsin We | Rock |
| 18 | 67.209.68.152 | 4D372D382D | BitTorrent 7.8 | 04/25/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Airstream Com | Wisconsin | Amery | Wisconsin We | Polk |
| 19 | 209.94.173.23 | 2D555433333 | µTorrent 3.3.0 | 04/25/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Solarus | Wisconsin | Wisconsin Rap | Wisconsin We | Wood |
| 20 | 174.124.128.1 | 2D415A34393 | Vuze 4.9.0.0 | 04/24/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Osceola | Wisconsin We | Polk |
| 21 | 97.87.1.67 | 2D555433333 | µTorrent 3.3.0 | 04/24/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 22 | 24.240.78.93 | 2D555433333 | µTorrent 3.3.0 | 04/24/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 23 | 50.123.231.12 | 2D555433333 | µTorrent 3.3.0 | 04/24/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Frontier Comm | Wisconsin | Oregon | Wisconsin We | Dane |
| 24 | 68.190.146.3 | 2D415A34383 | Vuze 4.8.1.2 | 04/24/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Rice Lake | Wisconsin We | Barron |
| 25 | 71.82.167.10 | 2D555433333 | µTorrent 3.3.0 | 04/24/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Beloit | Wisconsin We | Rock |
| 26 | 66.191.94.146 | 2D555433333 | µTorrent 3.3.0 | 04/23/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Marshfield | Wisconsin We | Wood |
| 27 | 207.190.82.16 | 2D4C5430463 | libtorrent (Ras | 04/23/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Midwest Telne | Wisconsin | Richland Cent | Wisconsin We | Richland |
| 28 | 166.181.82.58 | 2D424133333 | -BA3300- | 04/23/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Wireless Data | Wisconsin | Verona | Wisconsin We | Dane |
| 29 | 69.179.34.216 | 4D372D382D | BitTorrent 7.8 | 04/23/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Mindoro | Wisconsin We | La Crosse |
| 30 | 97.83.188.4 | 2D415A34393 | Vuze 4.9.0.0 | 04/23/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Stevens Point | Wisconsin We | Portage |
| 31 | 166.181.81.58 | 2D424133333 | -BA3300- | 04/23/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Wireless Data | Wisconsin | Middleton | Wisconsin We | Dane |
| 32 | 71.90.98.120 | 4D372D322D | BitTorrent 7.2 | 04/23/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 33 | 174.124.97.10 | 2D415A34393 | Vuze 4.9.0.0 | 04/23/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Osceola | Wisconsin We | Polk |
| 34 | 166.181.81.57 | 2D424133333 | -BA3300- | 04/22/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Wireless Data | Wisconsin | Middleton | Wisconsin We | Dane |
| 35 | 64.33.201.88 | 2D555433333 | µTorrent 3.3.0 | 04/22/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Airstream Com | Wisconsin | Hammond | Wisconsin We | St. Croix |
| 36 | 68.169.254.95 | 2D555433333 | µTorrent 3.3.0 | 04/22/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | You Squared | Wisconsin | Hazel Green | Wisconsin We | Grant |
| 37 | 68.114.222.93 | 2D415A34393 | Vuze 4.9.0.0 | 04/22/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Beloit | Wisconsin We | Rock |
| 46 | 68.187.101.15 | 2D555433323 | µTorrent 3.2.3 | 04/20/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Plover | Wisconsin We | Portage |
| 47 | 71.87.122.159 | 2D555433303 | µTorrent 3.0.0 | 04/20/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Baraboo | Wisconsin We | Sauk |
| 48 | 24.240.92.90 | 2D415A34383 | Vuze 4.8.0.0 | 04/20/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Janesville | Wisconsin We | Rock |
| 49 | 184.158.13.40 | 4D372D382D | BitTorrent 7.8 | 04/20/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Holmen | Wisconsin We | La Crosse |
| 50 | 66.188.139.14 | 2D415A34393 | Vuze 4.9.0.0 | 04/20/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 51 | 71.82.166.18 | 4D372D382D | BitTorrent 7.8 | 04/20/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Beloit | Wisconsin We | Rock |
| 52 | 174.124.124.2 | 2D555433333 | µTorrent 3.3.0 | 04/19/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Turtle Lake | Wisconsin We | Barron |
| 53 | 50.50.4.1 | 2D555433323 | µTorrent 3.2.3 | 04/19/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Frontier Comm | Wisconsin | New Richmon | Wisconsin We | St. Croix |
| 54 | 66.191.89.154 | 2D415A34393 | Vuze 4.9.0.0 | 04/19/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Marshfield | Wisconsin We | Wood |
| 55 | 69.131.84.80 | 2D415A34383 | Vuze 4.8.1.2 | 04/19/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | TDS Telecom | Wisconsin | Madison | Wisconsin We | Dane |
| 56 | 68.115.32.40 | 2D555433323 | µTorrent 3.2.3 | 04/19/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 57 | 96.41.230.184 | 2D554D31383 | µTorrent Mac | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 58 | 50.50.223.112 | 2D424330313 | BitComet 1.33 | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Frontier Comm | Wisconsin | Wausau | Wisconsin We | Marathon |
| 59 | 184.60.19.18 | 2D415A34383 | Vuze 4.8.0.0 | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | TDS Telecom | Wisconsin | Verona | Wisconsin We | Dane |
| 60 | 69.4.99.137 | 2D555433323 | µTorrent 2.2.1 | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Airstream Com | Wisconsin | Somerset | Wisconsin We | St. Croix |
| 61 | 71.89.75.250 | 2D415A34383 | Vuze 4.8.1.2 | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 62 | 98.125.102.23 | 2D415A34393 | Vuze 4.9.0.0 | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | Sparta | Wisconsin We | Monroe |
| 63 | 71.89.76.136 | 2D415A34393 | Vuze 4.9.0.0 | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 64 | 24.181.168.7 | 2D555433323 | µTorrent 3.2.2 | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Eau Claire | Wisconsin We | Eau Claire |
| 65 | 75.128.209.10 | 4D372D372D | BitTorrent 7.7 | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 66 | 97.91.64.239 | 2D545232343 | Transmission | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Marshfield | Wisconsin We | Wood |
| 67 | 71.89.76.207 | 2D555433323 | µTorrent 2.2.1 | 04/15/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 68 | 71.87.89.230 | 4D372D372D | BitTorrent 7.7 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Rice Lake | Wisconsin We | Barron |
| 69 | 75.135.86.152 | 2D555433323 | µTorrent 3.2.3 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Stoughton | Wisconsin We | Dane |
| 70 | 98.125.97.193 | 2D555433303 | µTorrent 2.0.4 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | West Salem | Wisconsin We | La Crosse |
| 71 | 24.240.39.226 | 2D545232373 | Transmission | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 72 | 96.40.228.161 | 2D555433313 | µTorrent 3.1.3 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Janesville | Wisconsin We | Rock |
| 73 | 71.90.42.100 | 2D555433333 | µTorrent 3.3.0 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 74 | 97.83.231.20 | 2D415A34383 | Vuze 4.8.0.0 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Onalaska | Wisconsin We | La Crosse |
| 90 | 71.94.120.12 | 2D555433323 | µTorrent 3.2.4 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | La Crosse | Wisconsin We | La Crosse |
| 91 | 71.90.22.96 | 2D415A34373 | Vuze 4.7.0.2 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Madison | Wisconsin We | Dane |
| 92 | 146.151.121.2 | 2D545232373 | Transmission | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | University of W | Wisconsin | Madison | Wisconsin We | Dane |
| 93 | 209.94.169.13 | 2D555433333 | µTorrent 3.3.1 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Solarus | Wisconsin | Wisconsin Rap | Wisconsin We | Wood |
| 94 | 66.222.117.7 | 2D555433383 | µTorrent 1.8.5 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | TDS Telecom | Wisconsin | Waunakee | Wisconsin We | Dane |
| 95 | 24.240.61.17 | 2D555433323 | µTorrent 3.2.2 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Milton | Wisconsin We | Rock |
| 96 | 68.117.93.200 | 4D372D372D | BitTorrent 7.7 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | La Crosse | Wisconsin We | La Crosse |
| 97 | 97.91.67.51 | 4D372D372D | BitTorrent 7.7 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Marshfield | Wisconsin We | Wood |
| 98 | 75.121.180.8 | 2D555433323 | µTorrent 3.2.3 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | CenturyLink | Wisconsin | De Forest | Wisconsin We | Dane |
| 99 | 96.41.245.140 | 2D555433323 | µTorrent 3.2.2 | 04/14/2013 | S0054-00000 | The Company | VOLTAGE | The.Company | SHA1: A87AD | Charter Comm | Wisconsin | Chippewa Fall | Wisconsin We | Chippewa |