Court Case: 3:13-cv-00300                                              7/17/2013

To Whom This May Concern:

I, person associated with IP Address 71.90.42.100, of *TCYK, LLC v. Does 1-99*, Court case No: 13-cv-300, do NOT permit Charter Communications, Inc. to disclose my name, address(es), email address(es), telephone number, IP log, or MAC address. Charter Communications received a subpoena requiring this information, and I do not authorize them to disclose this information.

DOC NO
REC'D/FILED
2013 JUL 17 PM 1:39
PETER OPPENEER
CLERK US DIST COURT
WD OF WI