Court: United States District Court for the Western District of Wisconsin.

120 North Henry Street, Room 320 Madison, WI 53703

Court Case No. 3:13-cv-00300-slc

Charter Case Number: 13-2060

July 12, 2013

To whom it may concern,

I'm writing to let the Court know that I object to Charter giving out identifying information. I do **not** give Charter permission to release any identifying information in reference to (the court case no. 3:13-cv-00300-slc and Charter Case Number: 13-2060).

Thank you,

Charter customer

DOC NO
REC'D/FILED
2013 JUL 17 AM 10: 17
PETER OPPENEER
CLERK US DIST COURT
WD OF WI