AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| TCYK, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:13-cv-00300 |
| Does 1-99 | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe #10 .

Date: 07/17/2013

s/Leilani J. Amundson
*Attorney's signature*

Leilani J. Amundson, WI State Bar #1040329
*Printed name and bar number*

5202 Timber Lane
McFarland, WI
53558
*Address*

leilaniamundson@gmail.com
*E-mail address*

(608) 347-7947
*Telephone number*

*FAX number*

Print  Save As...  Reset