MADISON WI 535
15 JUL 2013 PM 2 L

5370343:0499

Clerk of Court
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703