# Withholding of IP Address Identifying Information

July 18 2013

Re: Case No. 3:13-cv-00300-slc

    This letter relates to Case No. 3:13-cv-00300-slc, TCYK, LLC ("Plaintiff") v. DOES 1-99 ("Defendants"). I am one of the defendants. My IP address is 24.177.122.122. The Plaintiff has asked that my Internet Service Provider ("ISP") produce the "true name, address, telephone number, e-mail address and Media Access Control ("MAC") address of the Defendant to whom the ISP assigned an IP address..." (page 1 of subpoena).

    I am filing this letter with the clerk of the US District Court, Western District of Wisconsin, to indicate that I do not authorize my ISP, Charter Communications, to produce that information. I was informed in a letter from my ISP that they would not produce this information if I requested that they not do so by July 22, 2013. I have informed my ISP, by that date, that I do not authorize them to produce this information. One reason I have not authorized my ISP to produce this information is that an IP address associated with an account can be used by someone other than the person named to that account. I live in an apartment complex in a populated area of Wisconsin and use wireless internet. The Plaintiff's identification of my IP address does not strike me as sufficient grounds for the production of my personal information from my ISP. See VPR Internationale v. Does 1-1017, 2011.

2013 JUL 18 PM 4:08
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DOC NO
REC'D/FILED