I would like to object to giving any information to party in case number 13-cv-300 from charter or any other parties regarding this case . if something was down loaded from this ip address illegally it was not deliberate or from me personally I also believe it would not be right as someone to check into the privacy of things that may be routine personal information ,please help concerned citizen.120 n Henry st suite 320 Madison wi 53703 sent anonymous. case #13-cv-300.
dated 07-16-2013.

DOC NO REC'D/FILED 2013 JUL 19 AM 10: 05 PETER OPPENEER CLERK US DIST COURT WD OF WI