DOC NO
REC'D/FILED

2013 JUL 22 AM 10: 45

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

July 18, 2013

Clerk
Federal District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

RE:     Court Case:           TCYK, LLC v. Does 1-99
        Court Case No.:        3:13-CV-00300-SLC
        Court:                 United States District Court for the Western District of Wisconsin
        Copywrited Work:   "The Company You Keep"
        Charter Case No.:    13-2060
        My ID No.:            99

Dear Clerk:

Please consider this letter as an objection to the disclosure of information from my account sought by Plaintiff from Charter Communications, Inc., in its SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION dated May 31, 2013, said Subpoena directing Charter to produce such information by July 29, 2013.

I formally object to the disclosure of my Charter Communications, Inc., account information to the Plaintiffs. Please file this letter in the court case and provide me with a file-stamped copy in the enclosed, self-addressed, stamped envelope. Thank you for your attention to this matter.

Sincerely,

/s/ Doe #99

TCYK, LLC v. Does 1-99
My ID No. 99