7/21/13

TCYK, LLC v. Does 1-99
Court Case No. 3:13-CV-00300-SLC

To whom it may concern:

In regards to the third party subpoena I recieved for Case # 3:13-CV-00300-SLC, please be advised that I am officially objecting to any of my personal information, including but not limited to, my IP address being released by charter in the court case mentioned above. I live in an apartment building with the majority of tenants being college students who could have gotten access to my internet. I have never downloaded the copywrited work: "The Company You Keep" I have never heard of this title before.

Sincerely,
ID #64