**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| TCYK, LLC, | ) | |
| | ) | |
| | ) | Case No.: 13-CV-300 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1-99 | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**


Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice as to the Defendants identified in Plaintiff's Complaint as:


1. Doe 3, IP address 24.177.216.26

2. Doe 10, IP address 68.190.173.226

3. Doe 42, IP 24.241.225.61


DATED: July 24, 2013              Respectfully submitted,

                                      TCYK, LLC

                                      By:    <u>s/ Keith A. Vogt</u>
                                                Keith A. Vogt (Bar No. 6207971)
                                                  Takiguchi & Vogt
                                                1415 W. 22nd Street, Tower Floor
                                              Oak Brook, Illinois 60523
                                                (773) 340-9469
                                              Attorney for Plaintiff