## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

TCYK, LLC,                                )
                                          )
                                          )  Case No.: 13-CV-300
      Plaintiff,               )
                                          )
v.                                        )
                                          )
1-99,                                     )
                                          )
      Defendants.              )

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE # 41, OWNER OF IP ADDRESS 72.160.213.49

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the

Defendant identified in Plaintiff's Complaint as Doe # 41, said Defendant is also identified in

Plaintiff's Complaint as the holder of the IP address 72.160.213.49.


DATED:  July 24, 2013                     Respectfully submitted,

                                          TCYK, LLC

                                          By:     s/ Keith A. Vogt
                                                  Keith A. Vogt (Bar No. 6207971)
                                                  Takiguchi & Vogt
                                                  1415 West 22nd Street, Tower Floor
                                                  Oak Brook, IL 60523
                                                  773.340.9469
                                                  KVogt@takiguchiandvogt.com
                                                  Attorney for Plaintiff