**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-300 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-99 | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice as to the Defendants identified in Plaintiff's Complaint as Doe 27, IP address 207.190.82.16.

DATED: July 24, 2013  Respectfully submitted,

TCYK, LLC

By: s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Takiguchi & Vogt
1415 W. 22nd Street, Tower Floor
Oak Brook, Illinois 60523
(773) 340-9469
Attorney for Plaintiff