IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TCYK, LLC,<br>    Plaintiff,<br><br>            v.<br><br>DOES 1-99,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:13-cv-00300-SLC<br>)<br>)<br>)<br>) |

APPEARANCE OF COUNSEL

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted to practice in this Court, and I appear in the above-referenced case as counsel for Defendants John Doe 66, 68 and 72.

/s/ Erin Kathryn Russell
The Russell Firm
233 South Wacker Drive, 84FL
Chicago, IL 60606
T: 312-994-2424
F: 312-706-9766
erin@russellfirmchicago.com
IL ARDC No. 6287255