Clerk of Court

U.S. District Court

Western District of Wisconsin

120 North Henry Street, Room 320

Madison, WI 53703

DOC NO
REC'D/FILED

2013 AUG -7  AM 9: 54

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

To Whom it May Concern:

This is in regards to civil action No. 13-CV-300, TCYK, LLC V Desk 1-99. I am writing to anonymously object to the claims brought forth to me in this civil action suit. I have not been involved in any of these claims and highly expect my privacy in the clause. Thank you.

Sincerely yours.