# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-300 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-99 | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice DOE # 71, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 24.240.39.226.

DATED: August 20, 2013          Respectfully submitted,

                                TCYK, LLC

                                By:  s/ Keith A. Vogt
                                     Keith A. Vogt (Bar No. 6207971)
                                     Takiguchi & Vogt
                                     1415 W. 22nd Street, Tower Floor
                                     Oak Brook, Illinois 60523
                                     (773) 340-9469
                                     Attorney for Plaintiff