**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-300 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-99, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT**
**DOE # 90, OWNER OF IP ADDRESS 71.94.120.12**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 90, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 71.94.120.12.

DATED:  August 23, 2013            Respectfully submitted,

                                   TCYK, LLC

                                   By:    s/ Keith A. Vogt
                                          Keith A. Vogt (Bar No. 6207971)
                                          Takiguchi & Vogt
                                          1415 West 22nd Street, Tower Floor
                                          Oak Brook, IL 60523
                                          773.340.9469
                                          KVogt@takiguchiandvogt.com
                                          Attorney for Plaintiff