# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-300 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-99, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE # 68, OWNER OF IP ADDRESS 71.87.89.230

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 68, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 71.87.89.230.

DATED:  August 23, 2013             Respectfully submitted,

                                    TCYK, LLC

                            By:     s/ Keith A. Vogt
                                    Keith A. Vogt (Bar No. 6207971)
                                    Takiguchi & Vogt
                                    1415 West 22nd Street, Tower Floor
                                    Oak Brook, IL 60523
                                    773.340.9469
                                    KVogt@takiguchiandvogt.com
                                    Attorney for Plaintiff