IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TCYK, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>1-99,<br><br>    Defendants. | )<br>)<br>) Case No.: 13-CV-300<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
DOE # 76, OWNER OF IP ADDRESS 71.89.78.190**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 76, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP Address 71.89.78.190

DATED: August 23, 2013

Respectfully submitted,

TCYK, LLC

By:   s/ Keith A. Vogt
       Keith A. Vogt (Bar No. 6207971)
       Takiguchi & Vogt
       1415 West 22nd Street, Tower Floor
       Oak Brook, IL 60523
       773.340.9469
       KVogt@takiguchiandvogt.com
       Attorney for Plaintiff