UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| TCYK, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 13-cv-00300-slc |
| v. | ) | |
| | ) | ANSWER |
| Viacheslav Sikazan, | ) | |
| | ) | |
| Defendant | ) | |

DEFENDANT'S ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

Defendant Viacheslav Sikazan ("Defendant") answers the Plaintiff's Complaint as follows:

Jurisdiction and Venue

1. Defendant denies the allegations in Paragraph 1.

2. Defendant denies the allegations in Paragraph 2, because the Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

3. Defendant denies the allegations in Paragraph 3, because the Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

4. Defendant denies the allegations in Paragraph 4, because the Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

5. Defendant denies the allegations in Paragraph 5, because the Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

6. Defendant denies the allegations in Paragraph 6, because the Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

7. Defendant denies the allegations in Paragraph 7, because the Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

### The Parties

8. Defendant denies the allegations in Paragraph 8.

9. Defendant denies the allegations in Paragraph 9.

10. Defendant denies the allegations in Paragraph 10, because the Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

### Count 1
### Copyright Infringement

11. Defendant denies the allegations in Paragraph 11, because the Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

12. Defendant denies the allegations in Paragraph 12.

13. Defendant denies the allegations in Paragraph 13, because the Defendant does not have sufficient knowledge or information to form a belief about the truth of the allegations.

14. Defendant denies the allegations in Paragraph 14.

15. Defendant denies the allegations in Paragraph 15.

16. Defendant denies the allegations in Paragraph 16.

17. Defendant denies the allegations in Paragraph 17.

18. Defendant denies the allegations in Paragraph 18.

### AFFIRMATIVE DEFENSES

Defendant assets the following Affirmative Defenses:

1. The Complaint fails to state a claim upon which relief can be granted.

2. Defendant did not download, reproduce or distribute the copyrighted motion picture "The Company You Keep", therefore did not infringe Plaintiff's exclusive rights.

3. Defendant accesses Internet through a wireless router in his household. As of April 2013, his wireless network was open to anyone within the range of wireless signal. Anyone located close enough to the wireless router could commit copyright infringement activity using defendant's IP address, including, but not limited to: Defendant's visitors,

Defendant's roommates, Defendant's roommates' visitors, Defendant's neighbors, Defendant's neighbors' visitors, any person located close enough to receive wireless signal from the wireless router in Defendant's household.

4. Defendant is not aware of anyone in particular who could use his Internet to infringe Plaintiff's rights.

## DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Defendant requests judgment as follows:

1. That the Complaint be dismissed with prejudice.

2. That judgment be entered in favor of Defendant denying Plaintiff's requested relief.

DATED: November 22, 2013

Respectfully submitted,

Viacheslav Sikazan

By: _____
Viacheslav Sikazan
2872 Winterhazel Ln
Fitchburg, WI 53711
(608) 575-6875

## CERTIFICATE OF SERVICE

I hereby certify that on 11/22/2013, I served a copy of the foregoing document, via US Mail, on:

>Plaintiff's Attorney
>Keith A. Vogt, Partner
>Takiguchi & Vogt, LLP
>1415 West 22nd St, Tower Floor
>Oakbrook, IL 60523

Dated: 11/22/2013                                    Respectfully submitted,

                                                     Viacheslav Sikazan


                                            By:     _____
                                                    Viacheslav Sikazan
                                                    2872 Winterhazel Ln
                                                    Fitchburg, WI 53711
                                                    (608) 575-6875