### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WISCONSIN

TCYK, LLC,               )
)
)  Case: No.  13-CV-300
Plaintiff,           )
)
v.              )
)
DOES 1-99,         )
)
Defendants.      )

### ENTRY OF DEFAULT

Plaintiff, TCYK, LLC, requests that the clerk of court enter default against defendant Carrie Luehne, Doe #96, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that the defendant has failed to appear, plead or otherwise defend, the default of defendant Carrie Luehne is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 20th day of December, 2013.


Peter Oppeneer, Clerk of Court