January 7, 2014

DOC NO
REC'D/FILED
2014 JAN -9 AM 10: 19
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Judge Barbara B Crabb
120 N Henry St, Room 320
Madison, WI 53703

Re: Case Number 3:13-cv-00300-bbc

Dear Judge Crabb:

Previously I received a notice regarding being a defendant in the above referenced case. A reply was requested, which I completed and mailed promptly to the address indicated. The next notice I received regarding the case was that an entry of default was entered due to failing to appear. I had moved on 12/16/2013 and, consequently, did not receive any notice of a court date. I ask the court that an entry of default not be entered against me. The "Notice of Electronic Filing" I received indicated a default hearing set for 1/29/2014 at 8:30 am. I would like to ask to appear by phone at this court date. Please contact me to inform me of the procedure for appearing by phone.

I have also included with this letter a copy of the reply letter sent to the plaintiff's counsel on November 1, 2013.

Respectfully,

*Carrie Luehne*

Carrie Luehne
1747 Rose St, #80
La Crosse, WI 54603
608-498-0473

Encl: copy of reply letter

Cc: Keith A Vogt, Takiguchi & Vogt

DOC NO
REC'D/FILED
2014 JAN -9 AM 10: 19
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Keith A. Vogt, Partner
Takiguchi & Vogt, LLP
1415 W 22nd St, Tower Floor
Oakbrook, IL 60523


Re: Civil Action No.: 13-cv-300-slc


Included is my response to the complaint of copyright infringement by the plaintiff, TCYK, LLC. Prior to receiving this Summons I was not familiar with the movie "The Company You Keep". I have not downloaded, purchased, owned, nor watched this movie. In addition, I am unaware of how to download a movie "using a network called a 'BitTorrent protocol' or 'Torrent'". I do use a wireless router to connect to the internet, which I am told, if not secured, can be used by anyone within range of the router to access the internet. I have since added a password in order to connect to my wireless router.


I can assure your firm and client that I did not infringe upon any copyright and ask that you remove my name from your civil action.


Respectfully,


Carrie Luehne, Doe No. 96
1543 Charles St
La Crosse, WI 54603
608-498-0473