IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TCYK, LLC.,,

                                      Plaintiff,

    v.

CARRIE LUEHNE and
VIACHESLAV SIKAZAN,

                                      Defendants.

ORDER

13-cv-300-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In light of defendant Carrie Luehne's letter of January 7, 2014, indicating that she responded to plaintiff TCYK, LLC's complaint, albeit only by letter sent to plaintiff's counsel on November 1, 2013, the entry of default is VACATED and the default hearing as to defendant Luehne is removed from the calendar.

       Defendant Luehne should mail her response to the suit to this court promptly so that it may be placed on the court's docket.

       Entered this 10th day of January, 2014.

                                                        BY THE COURT:
                                                        /s/
                                                       BARBARA B. CRABB
                                                       District Judge